# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135858

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RALPH KIBBY,
     Defendant-Appellant.

SC: 135858
COA: 281987
Genesee CC: 07-020104-FH

_____/

On order of the Court, the application for leave to appeal the January 18, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

s0421

_____
Clerk